■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DELACRUZ, Appellant. [786 NYS2d 321]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered December 19, 2001, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Since the defendant failed to demonstrate good cause for the untimely notice of alibi witnesses, the trial court providently

exercised its discretion in precluding their testimony (*see* CPL 250.20 [1]; *People v Bhuiyan,* 295 AD2d 622 [2002]; *People v Bonner,* 287 AD2d 728 [2001]; *People v Wade,* 277 AD2d 475, 476 [2000]).

An alleged deprivation of the constitutional right to counsel at a lineup may be raised on appeal, irrespective of whether such claim has been preserved for appellate review (*see People v Kinchen,* 60 NY2d 772, 773 [1983]; *People v Samuels,* 49 NY2d 218, 221 [1980]). However, since the defendant did not raise this issue at the pretrial suppression hearing, the record is insufficient to review it on appeal (*see People v Kinchen, supra* at 773-774). H. Miller, J.P., Goldstein, Crane and Skelos, JJ., concur.